Courtney CAMPLEJOHN, Appellant, v. UNITED STATES of America, Appellee.

No. 7580.

Circuit Court of Appeals, Fifth Circuit.

Feb. 23, 1935.

Edward V. Garcia, Francis L. Poor, and Meinhard H. Myerson, all of Jacksonville, Fla., for appellant.

John W. Holland, U. S. Atty., and Wm. A. Paisley, Asst. U. S. Atty., both of Jacksonville, Fla.

Before BRYAN, HUTCHESON, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

---

Rosalie Sturges CARPENTER v. COMMISSIONER OF INTERNAL REVENUE.

No. 5458.

Circuit Court of Appeals, Seventh Circuit.

Feb. 15, 1935.

Before EVANS, ALSCHULER, and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for petitioner, it is ordered by the court that this cause be docketed in this court, and on consideration of the stipulation of counsel, filed herein, which provides that this appeal be dismissed, it is ordered and adjudged by this court that the petition for a review of the decision of the United States Board of Tax Appeals, entered in this cause on August 2, 1934, be, and the same is hereby, dismissed.

---

CENTRAL ARIZONA LIGHT & POWER COMPANY, a Corporation, Appellant, v. CORPORATION COMMISSION OF ARIZONA et al., Appellees.

Nos. 7664-7676.

Circuit Court of Appeals, Ninth Circuit.

March 15, 1935.

Armstrong, Kramer, Morrison & Roche, R. W. Kramer, Walter Roche, all of Phœnix, Ariz., and F. G. Coates, of Houston, Tex., for appellant.

John L. Sullivan, Atty. Gen., and Dudley W. Windes, Asst. Atty. Gen., for appellees.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon consideration of stipulations of counsel for respective parties, ordered appeals dismissed, without costs to either party; mandates forthwith.

---

William C. CLIFFORD, Plaintiff-Appellee, v. ÆTNA LIFE INSURANCE COMPANY, Defendant-Appellant.

No. 202.

Circuit Court of Appeals, Second Circuit.

Feb. 18, 1935.

Fenton, Wing & Morse, of Rutland, Vt., for appellant.

Searles & Graves, of St. Johnsbury, Vt., for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment affirmed.